UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FELTON R. SCHLEY, )
)
    Plaintiff, )
)
v. ) Case No. CV414-80
)
CHATHAM COUNTY BOARD OF )
EDUCATION, )
)
    Defendant. )

## REPORT AND RECOMMENDATION

Felton Schley brought this employment discrimination case against defendant Chatham County Board of Education on April 18, 2014. Doc. 1. Over a year later, he has done nothing to prosecute it. The Court accordingly directed Schley to show cause why his suit should not be dismissed for violating Fed. R. Civ. P. 4(m). Doc. 4. He never responded. This case therefore should be **DISMISSED WITHOUT PREJUDICE.** *See* L.R. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d

1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 15th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA